IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YEDDA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCHING HEARTS AT HOME, LLC<br><br>Defendant. | 8:24CV277<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

This case was filed on July 11, 2024. Filing No. 1. Plaintiff moved for Clerk's Entry of Default as to Defendant Touching Hearts at Home, LLC. Filing No. 6. Clerk's Entry of Default against said defendant was entered on September 4, 2024. Filing No. 7. Plaintiff has not taken any further action on this case.

Plaintiff has a duty to prosecute the case with reasonable diligence and advance the case in accordance with the applicable rules and/or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until November 1, 2024, to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this Order may result in dismissal of this action without further notice.

1

Dated this 4th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge