IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YEDDA JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ESOR & REGOR, INC, and BEENVERIFIED, LLC,<br><br>　　　　　　Defendants. | 8:24CV277<br><br>ORDER ON NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BEENVERIFIED, LLC |

　　　This case is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 17. Plaintiff gives notice that no party is an infant or incompetent, that defendant BeenVerified, LLC, has not filed an answer or otherwise formally appeared in this action, and that this action is voluntarily dismissed with prejudice as to BeenVerified, LLC only. Accordingly,

　　　IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal, Filing 17, is accepted, and this case is dismissed with prejudice as to defendant BeenVerified, LLC, only. The case shall proceed against defendant Esor & Regor, Inc., d/b/a Touching Hearts at Home, LLC.

　　　Dated this 20th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　United States District Judge

1