IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YEDDA JOHNSON,<br><br>                Plaintiff,<br><br>    vs.<br><br>ESOR & REGOR, INC, and BEENVERIFIED, LLC,<br><br>               Defendants. | 8:24CV277<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ESOR & REGOR, INC.** |

      This case is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 19. Plaintiff gives notice that no party is an infant or incompetent, that Esor & Regor, Inc., d/b/a Touching Hearts at Home, has not filed an answer or otherwise formally appeared in this action, and that this action is voluntarily dismissed with prejudice as to Esor & Regor, Inc., d/b/a Touching Hearts at Home. Accordingly,

      IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal, Filing 19, is accepted, and this case is dismissed with prejudice as to defendant Esor & Regor, Inc., d/b/a Touching Hearts at Home. Because the only other defendant was dismissed on December 20, 2024, by Order, Filing 18, the Clerk of Court shall close the case.

      Dated this 6th day of January, 2025.

                                                         BY THE COURT:

                                                         _____
                                                          Brian C. Buescher
                                                          United States District Judge